```
UNITED STATES BANKRUPTCY COURT                tmd3574/kfw
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:
                                                              Chapter 13
JOHN FRANCIS VIVENZIO
DBA VIVENZIO ASSOCIATES, LLC
DBA INTELINTIX SOFTWARE,                        Case No: 819-71697-AST

                        Debtor.                 AFFIRMATION OF COMPLIANCE
-------------------------------------------------------------X
```

MARIANNE DeROSA, ESQ., the undersigned, Chapter 13 Trustee, affirms the following under the penalty of perjury:

1. I am the court appointed Chapter 13 Trustee of the instant Debtor's Chapter 13 Petition and as such am fully familiar with the facts and circumstances set forth herein.

2. At a hearing held on April 16, 2020 the Court directed the Debtor to remit $17,500.00 to the Trustee no later than May 15, 2020.

3. On May 13, 2020, the Trustee received a total of $17,500.00. As of the date of this Affirmation, the Trustee has received a total of $25,156.00 from the Debtor. Attached is a statement detailing the dates and amounts of each payment.

4. As such, the Debtor complied with the April 16, 2020 Court directive and the Trustee respectfully requests the Court issue an Order scheduling a feasibility hearing.

Dated:  Jericho, New York
        June 18, 2020

                                        s/ Marianne DeRosa
                                        Marianne DeRosa, Chapter 13 Trustee
                                        100 Jericho Quadrangle; Ste 127
                                        Jericho, NY 11753
                                        (516) 622-1340

Receipts and Refunds
through 06/18/2020

Case Number: 1971697
Debtor: VIVENZIO, JOHN FRANCIS

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out |
|---|---|---|---|---|---|---|
| 05/13/2020 | 05/2020 | Receipt | BANK CHECK | 115767022 | 10,000.00 | 0.00 |
| 05/13/2020 | 05/2020 | Receipt | BANK CHECK | 115767052 | 7,500.00 | 0.00 |
| 06/17/2019 | 06/2019 | Receipt | TFS Nationwide | | 2,552.00 | 0.00 |
| 05/15/2019 | 05/2019 | Receipt | TFS Nationwide | | 2,552.00 | 0.00 |
| 04/05/2019 | 04/2019 | Receipt | TFS Nationwide | | 2,552.00 | 0.00 |
| **Paid This Period: 25,156.00** | | | | | **25,156.00** | **0.00** |

Page 1 of 1

Date Printed 6/18/2020

```
UNITED STATES BANKRUPTCY COURT                  tmd3574/kfw
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:
                                                Chapter 13
JOHN FRANCIS VIVENZIO
DBA VIVENZIO ASSOCIATES, LLC
DBA INTELINTIX SOFTWARE,                        Case No: 819-71697-AST

                          Debtor.               CERTIFICATE OF SERVICE
-----------------------------------------------------------X               BY MAIL
```

This is to certify that I, Victoria Dugan , declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

JOHN FRANCIS VIVENZIO
153 QUAKER PATH
SETAUKET, NY 11733

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

BMW Bank of North America, c/o Schiller, Knapp, Lefkowitz & Hertzel LLP: lgadomski@schillerknapp.com

Selene Finance LP, c/o Selene Finance LP: bankruptcy@friedmanvartolo.com

Transmission times for electronic delivery are Eastern Time zone.

This June 18, 2020.

/s/ Victoria Dugan
Victoria Dugan Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Index No: 819-71697-AST
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE

JOHN FRANCIS VIVENZIO
DBA VIVENZIO ASSOCIATES, LLC
DBA INTELINTIX SOFTWARE,

Debtor.

## AFFIRMATION OF COMPLIANCE
## and
## CERTIFICATE OF SERVICE

MARIANNE DeROSA, TRUSTEE
100 JERICHO QUADRANGLE; STE 127
JERICHO, NY 11753
(516) 622-1340