UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:

John Francis Vivenzio, dba Vivenzio Associates, LLC, dba Intelintix Software

Debtor

CASE NO.: 19-71697-AST

CHAPTER: 13

HON. JUDGE.:

ALAN S. TRUST

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NASSAU  )

Daniel Savage, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in **Erie** County, New York.

That on July 30, 2020 deponent served the within **ORDER SETTING EVIDENTIARY HEARING BY VIDEO CONFERENCE AND ESTABLISHING RELATED DEADLINES** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

DANIEL SAVAGE

Sworn to before me this
**30th** day of **July**, 2020.

NOTARY PUBLIC

Nicole Elizabeth Bauder
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BA6393044
Qualified in Wyoming County
Commission Expires    August 12, 2023

## SERVICE LIST

**John Francis Vivenzio**
***dba* Vivenzio Associates, LLC**
***dba* Intelintix Software**
153 Quaker Path
Setauket, NY 11733
*Pro Se, Debtor*

**Marianne DeRosa**
Standing Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753
*Trustee*

**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437
*U.S. Trustee*

**BMW Bank of North America**
AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118