UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 19-71697-ast |
| | : | |
| | : | CHAPTER: 13 |
| John Francis Vivenzio | : | |
| *dba Vivenzio Associates, LLC* | : | HON. JUDGE.: |
| *dba Intelintix Software*, | : | Alan S. Trust |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

-------------------------------------------------------------------X

## **AMENDED CERTIFICATE OF SERVICE**

I, <u>Richard Postiglione</u>, certify that on <u>August 11, 2020</u> I caused to be served a true copy of the annexed **DIRECT TESTIMONY BY AFFIDAVIT** via email and mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: <u>/s/ Richard Postiglione</u>
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Ste. 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

# **S**ERVICE **L**IST

John Francis Vivenzio
153 Quaker Path
Setauket, NY 11733
***Debtor***

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753
***Trustee***