# Notice Recipients

District/Off: 0207–8              User: ymills              Date Created: 8/25/2020
Case: 8–19–71697–ast            Form ID: 227             Total: 22

**Recipients of Notice of Electronic Filing:**
tr       Marianne DeRosa       Derosa@ch13mdr.com
aty      Marianne DeRosa       Derosa@ch13mdr.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        John Francis Vivenzio     153 Quaker Path      Setauket, NY 11733
smg       United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza – Room 560     Central Islip, NY 11722–4437
9492550   Astoria Federal Bank      120 South Franklin Ave     Valley Stream, NY 11580
9496236   BMW Bank of North America     AIS Portfolio Services, LP     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
9506483   BMW Financial Services NA, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
9492551   Capital One Bank (USA) NA     PO Box 30285     Salt Lake City, UT 84130
9492552   Fannie Mae     c/o Seterus, Inc.     758 Rainbow Road     Windsor, CT 06095
9588358   Jacqueline Caputi, Assistant County Attorney     Suffolk County Department of Law     100 Veterans Memorial Highway     Hauppauge, NY 11788
9492553   Michelle Vivenzio     153 Quaker Path     Setauket, NY 11733
9546655   NJCC–NYS Community Restoration Fund LLC     c/o Selene Finance LP     9990 Richmond Avenue     Suite 400 South     Houston, TX 77042
9492554   PSEGLI     PO Box 888     Hicksville, NY 11802
9555394   Pinnacle Credit Services, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603–0587
9554067   Portfolio Recovery Associates, LLC     C/Ocapital One Bank (usa), N.a.     POB 41067     Norfolk VA 23541
9503311   SCTPVA     100 Veterans Memorial Hwy     Hauppauge, NY 11788
9496448   Selene Finance LP     Friedman Vartolo LLP     85 Broad Street     Suite 501     New York, NY 10004
9588359   Suffolk County Comptroller     SC Div of Finance & Taxation     330 Center Drive     Riverhead, NY 11901
9503358   T Mobile/T–Mobile USA Inc     by American InfoSource as agent     PO Box 248848     Oklahoma City, OK 73124–8848
9492555   Town Of Brookhaven     Receiver of Taxes     1 Independence Hill, Suite 110     Farmingville, NY 11738–2149
9503312   Town of Newport     Receiver of Taxes     15 Sunapee Street     Newport, NH 03773
9544598   Verizon     by American InfoSource as agent     PO Box 4457     Houston, TX 77210–4457

TOTAL: 20